# Court of Appeals
# of the State of Georgia

ATLANTA, __October 14, 2015__

*The Court of Appeals hereby passes the following order:*

## A15A1453. 1878 PIEDMONT, LLC v. INKAHOLIKS LUXURY TATTOO GEORGIA, LLC.

This cross-appeal to Case No. A15A1452 was docketed with this court on March 23, 2015, and appellant's brief was due April 13, 2015. As of the date of this order, appellant still has not filed a brief and has not requested an extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___10/14/2015___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*